# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE <br> CAPITAL ONE TELEPHONE <br> CONSUMER PROTECTION ACT <br> LITIGATION | ) ) ) ) | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: <br><br> DAVID M. LAVENDER, <br><br> v. <br><br> CAPITAL ONE SERVICES, LLC | ) ) ) ) ) ) ) ) | Case No: 1:13-cv-09095 |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice [242] filed by the parties:

IT IS HEREBY ORDERED that *David M. Lavender v. Capital One Services, LLC* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: 11/14/14

_____
James F. Holderman
United States District Judge